UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSEPH ALLEN SLOPSEMA,

Plaintiff,

v.

STATE OF INDIANA,

Defendant.

CAUSE NO. 3:26-CV-727-GSL-APR

OPINION AND ORDER

Joseph Allen Slopsema, a prisoner without a lawyer, filed a civil rights lawsuit suing the State of Indiana. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Slopsema says he is suing "the employees of the State of Indiana," but he named only the State of Indiana as a defendant. States are not "persons" who can be sued under 42 U.S.C. § 1983. *Will v. Michigan Dep't of State Police*, 491 U.S. 58, 70 (1989). So, this complaint does not state a claim. If Slopsema believes he can state a claim based on (and consistent with) the events described in this complaint, he may file an amended complaint because "[t]he usual standard in civil cases is to allow defective pleadings to

be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). To file an amended complaint, he needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his jail law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after he properly completes the form.

Slopsema seeks leave to proceed in forma pauperis, but he did not file a copy of his inmate trust fund ledger detailing his transactions for the past six months as required by 28 U.S.C. § 1915.

Slopsema filed two other motions. In the first he asks the court to "postpone" proceedings because of activities in his State criminal case. ECF 4. It is unclear why that should delay this lawsuit, but it is clear this complaint does not state a claim and must be amended before addressing how to proceed with it. In the second motion, he asks the court to "mail a verification of all legal correspondence received by the Northern District Court to the distribution address in the above case number." ECF 6. Slopsema provides no explanation for this request, and it is not the practice of this court to mail receipts for filings. If Slopsema wants a return receipt for his mail, that service is available from the United States Postal Service or other delivery providers.

For these reasons, the court:

(1) DENIES the motions (ECF 4 and 6);

(2) GRANTS Joseph Allen Slopsema until **August 17, 2026**, to file an amended complaint with his inmate trust fund ledger; and

2

(3) CAUTIONS Joseph Allen Slopsema if he does not respond by the deadline, he will be denied leave to proceed in forma pauperis and this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on July 24, 2026

/s/Gretchen S. Lund
JUDGE
UNITED STATES DISTRICT COURT